**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

DAMIEN FORD                                                                                          PLAINTIFF
ADC #143035

V.                                               No. 4:22CV00308-JM

DEXTER PAYNE; WILLIAM STRAUGHN;
MARSHALL REED; SOLOMON GRAVES;
SHIPMAN, Warden; CULCLAGER, Assistant Warden;
A. JOHNSON, Major; GARDINER, Captain;
CLARK, Captain; JOHNSON, Captain;
SPEARS, Captain; GOODLOWE, Lieutenant;
BASS, Lieutenant; HOUSTON, Lieutenant;
BROADWAY, Lieutenant; MCDOWEL, Lieutenant;
WELLPATH; RORY GRIFFIN; PATTI ANN CONNLEY;
and JANE DOE, Nurse                                                                             DEFENDANTS

**ORDER**

Damien Ford's complaint (Doc. No. 1) is dismissed without prejudice. Ford has not filed

an application to proceed *in forma pauperis* or paid the $402 filing fee.

A prisoner may not proceed *in forma pauperis* if three of his prior actions or appeals were

dismissed as frivolous, malicious, or for failure to state a claim. 28 U.S.C. § 1915(g). Before this

lawsuit, at least three of Ford's cases were dismissed upon these grounds. *See Ford v. Ward,* No.

5:16cv00340-BRW (E.D. Ark. Oct. 31, 2016); *Ford v. Hutchinson,* No. 4:20cv01400-JM (E.D.

Ark. Jan. 21, 2021); *Ford v. Hutchinson,* No. 4:21cv00130-JM (E.D. Ark. Apr. 15, 2021). Ford's

allegations -- that defendants sent him to administrative segregation after he refused to complete

and sign a tuberculosis symptoms questionnaire and to submit to a tuberculosis shot -- do not

satisfy the imminent danger exception to the three-strikes rule. *See Martin v. Shelton*, 319 F.3d

1048, 1050 (8th Cir. 2003).

If Ford wishes to reopen this case, he must pay the $402 filing fee in full and file a motion to reopen within thirty days of the entry of this Order. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

IT IS SO ORDERED this 7th day of April, 2022.

_____
UNITED STATES DISTRICT JUDGE