## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

DAMIEN FORD                                                                    PLAINTIFF
ADC #143035

V.                                    No. 4:22CV00308-JM


DEXTER PAYNE; WILLIAM STRAUGHN;
MARSHALL REED; SOLOMON GRAVES;
SHIPMAN, Warden; CULCLAGER, Assistant Warden;
A. JOHNSON, Major; GARDINER, Captain;
CLARK, Captain; JOHNSON, Captain;
SPEARS, Captain; GOODLOWE, Lieutenant;
BASS, Lieutenant; HOUSTON, Lieutenant;
BROADWAY, Lieutenant; MCDOWEL, Lieutenant;
WELLPATH; RORY GRIFFIN; PATTI ANN CONNLEY;
and JANE DOE, Nurse                                                          DEFENDANTS


## <u>JUDGMENT</u>

Consistent with the Order entered separately today, this case is dismissed without

prejudice. All relief sought is denied, and the case is closed.

DATED this 7th day of April, 2022.


_____
UNITED STATES DISTRICT JUDGE